IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*HD Media Company, LLC v. Google, LLC, et al.*<br>1:21-cv-06796 (PKC)<br><br>*AIM Media Indiana Operating, LLC v. Google, LLC, et al.*<br>1:21-cv-06912 (PKC)<br><br>*AIM Media Midwest Operating, LLC v. Google, LLC, et al.*<br>1:21-cv-06884 (PKC)<br><br>*AIM Media Texas Operating, LLC v. Google, LLC, et al.*<br>1:21-cv-06888 (PKC)<br><br>*Clarksburg Publishing, d.b.a. WV News v. Google, LLC, et al.*<br>1:21-cv-06840 (PKC)<br><br>*Eagle Printing Company v. Google, LLC, et al.*<br>1:21-cv-06881 (PKC)<br><br>*ECENT Corp. v. Google, LLC, et al.*<br>1:21-cv-06817 (PKC)<br><br>*Gale Force Media, LLC v. Google, LLC, et al.*<br>1:21-cv-06909 (PKC)<br><br>*Journal, Inc. v. Google, LLC, et al.*<br>1:21-cv-06828 (PKC)<br><br>*Brown County Publishing Company, Inc., et al. v. Google, LLC, et al.*<br>1:21-cv-06915 (PKC)<br><br>*[Caption continued on following page.]* | Civil Action No. 21-md-3010 (PKC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>SO ORDERED. /s/ USDJ<br>2-28-24 |

*Something Extra Publishing, Inc. v.*
*Google, LLC, et al.*
1:21-cv-09523 (PKC)

*Rome News Media, LLC v. Google, LLC, et al.*
1:21-cv-10186 (PKC)

*Neighbor Newspapers, Inc. v.*
*Google, LLC, et al.*
1:21-cv-10188 (PKC)

*Times Journal, Inc. v. Google, LLC, et al.*
1:21-cv-10187 (PKC)

*Gould Enterprises, Inc. v. Google, LLC, et al.*
1:22-cv-01705 (PKC)

*Southern Community Newspapers, Inc. v.*
*Google, LLC, et al.*
1:22-cv-01971 (PKC)

*Capital Region Independent Media LLC v.*
*Google, LLC, et al.*
1:22-cv-06997 (PKC)

*Appen Media, Inc. v. Google, LLC, et al.*
1:22-cv-09810

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

**PLEASE TAKE NOTICE** that Plaintiffs HD Media Company, LLC; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Clarksburg Publishing, d.b.a. WV News; Eagle Printing Company; ECENT Corp.; Gale Force Media, LLC; Journal, Inc.; Brown County Publishing Company, Inc.; Multi Media Channels, LLC; Something Extra Publishing, Inc.; Rome News Media, LLC; Neighbor Newspapers, Inc.; Times Journal, Inc.; Gould Enterprises, Inc.; Southern Community Newspapers, Inc.; Capital Region Independent Media LLC; and Appen Media, Inc., pursuant to Federal Rule of Civil Procedure

1

41(a)(1)(A)(i), hereby voluntarily dismiss *without prejudice* the eighteen (18) above captioned civil actions and all claims asserted against Defendants Google LLC and Meta Platforms, Inc. f/k/a Facebook, Inc. in those civil actions.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    (1) *By the Plaintiff.*

        (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

********************

Here, Defendants have neither answered Plaintiffs' Consolidated Amended Complaint, nor filed a motion for summary judgment. Accordingly, this action may be dismissed without prejudice and without an Order of the Court.

**DATED:** February 27, 2024

                                       Respectfully Submitted,

                                       **HD Media Company, LLC; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Clarksburg Publishing, d.b.a. WV News; Eagle Printing Company; ECENT Corp.; Gale Force Media, LLC; Journal, Inc.; Brown County Publishing Company, Inc.; Multi Media Channels, LLC; Something Extra Publishing, Inc.; Rome News Media, LLC; Neighbor Newspapers, Inc.; Times Journal, Inc.; Gould Enterprises, Inc.; Southern Community**

Newspapers, Inc.; Capital Region Independent Media LLC; Appen Media, Inc.

*Plaintiffs,*

*/s/ Clayton J. Fitzsimmons*
Robert P. Fitzsimmons *(Admitted Pro Hac Vice)*
Clayton J. Fitzsimmons *(Admitted Pro Hac Vice)*
Mark A. Colantonio *(Admitted Pro Hac Vice)*
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Fax: (304) 277-1705
bob@fitzsimmonsfirm.com
clayton@fitzsimmonsfirm.com
mark@fitzsimmonsfirm.com

*Counsel for HD Media Company, LLC; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Clarksburg Publishing, d.b.a. WV News; Eagle Printing Company; ECENT Corp.; Gale Force Media, LLC; Journal, Inc.; Brown County Publishing Company, Inc.; Multi Media Channels, LLC; Something Extra Publishing, Inc.; Rome News Media, LLC; Neighbor Newspapers, Inc.; Times Journal, Inc.; Gould Enterprises, Inc.; Southern Community Newspapers, Inc.; Capital Region Independent Media LLC; Appen Media, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)* was filed with the Court's CM/ECF electronic filing system, this 27th day of February, 2024.

/s/ Clayton J. Fitzsimmons
Robert P. Fitzsimmons *(Admitted Pro Hac Vice)*
Clayton J. Fitzsimmons *(Admitted Pro Hac Vice)*
Mark A. Colantonio *(Admitted Pro Hac Vice)*
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Fax: (304) 277-1705
bob@fitzsimmonsfirm.com
clayton@fitzsimmonsfirm.com
mark@fitzsimmonsfirm.com

*Counsel for HD Media Company, LLC; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating, LLC; AIM Media Texas Operating, LLC; Clarksburg Publishing, d.b.a. WV News; Eagle Printing Company; ECENT Corp.; Gale Force Media, LLC; Journal, Inc.; Brown County Publishing Company, Inc.; Multi Media Channels, LLC; Something Extra Publishing, Inc.; Rome News Media, LLC; Neighbor Newspapers, Inc.; Times Journal, Inc.; Gould Enterprises, Inc.; Southern Community Newspapers, Inc.; Capital Region Independent Media LLC; Appen Media, Inc.*
